

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL HOPKINS**                                                     **PLAINTIFF**

v.                                                                                CIVIL ACTION NO. 1:13-cv-567-MTP

**JOHNNY DENMARK, ET AL.**                                           **DEFENDANTS**

### FINAL JUDGMENT

This cause came before the Court on February 19, 2015, for a *Spears* hearing. Having considered the record, applicable law, and Plaintiff's sworn testimony, the Court rendered an Opinion and Order [32] holding that Plaintiff's claims should be dismissed with prejudice and that the dismissal should count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 20th day of February, 2015.

                                                                Michael T. Parker
                                                                United States Magistrate Judge